PER CURIAM.
Affirmed. See: Stanford v. State, Fla.1959, 110 So.2d 1; Chavigny v. State, Fla.App.1959, 112 So.2d 910; Evans v. State, Fla.App.1967, 197 So.2d 323; Fuller v. Wainwright, Fla.1970, 238 So.2d 65; Davis v. State, Fla.App.1973, 277 So.2d 790; High v. State, Fla.App.1973, 284 So.2d 239; McCleney v. State, Fla.App.1974, 304 So.2d 459; Flewellyn v. State, Fla.App.1975, 308 So.2d 46; McCrae v. State, Fla.App.1975, 313 So.2d 429; Wilkinson v. State, Fla.App. 1975, 322 So.2d 620.